| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Mester & Schwartz, P.C.<br>Jason Brett Schwartz, Esquire<br>Bar No. 4217<br>1917 Brown Street<br>Philadelphia, PA 19130<br>(267) 909-9036 | Order Filed on November 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Marvin J. Ward a/k/a Marvin E. Ward, Debtor | CASE NO.:    07-17939-JHW<br><br>CHAPTER:    <u>13</u><br><br>Judge: Michael B. Kaplan |

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: November 9, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

On October 12, 2020, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to Marvin J. Ward a/k/a Marvin E. Ward for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $13,438.60 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 07-17939-JHW |
| Marvin J. Ward | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 09, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

**Recip ID         Recipient Name and Address**
db              + Marvin J. Ward, 1452 Kenwood Ave, Camden, NJ 08103-2905

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020              Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

**Name                    Email Address**

Isabel C. Balboa
                        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
                        ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jaimie B. Finberg
                        on behalf of Creditor CountryWide Home Loans Inc. nj.bkecf@fedphe.com

Jason Brett Schwartz
                        on behalf of Creditor Dilks & Knopik LLC jschwartz@mesterschwartz.com

John R. Morton, Jr.
                        on behalf of Creditor Wells Fargo Financial New Jersey Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Lee Martin Perlman
                        on behalf of Debtor Marvin J. Ward ecf@newjerseybankruptcy.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 09, 2020 | Form ID: pdf903 | Total Noticed: 1

mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

TOTAL: 6